UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  15-cv-22312-KMM-CMM

ANDRES GOMEZ, on behalf of himself
and all other individuals similarly situated

  Plaintiff,
vs.

POLLO OPERATIONS, INC.
d/b/a POLLO TROPICAL

  Defendant.

## NOTICE OF SETTLEMENT

  Plaintiff, Andres Gomez, by and through undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.  Terms of joint stipulation of dismissal on settlement shall include that the court will retain jurisdiction, in compliance with Angano Franchising, Inc. v. Shaz, LLC,. 677 F.3d 1272 (11th Cir. 2012)

  Respectfully submitted on this August 17, 2015.

                *s/ Scott R. Dinin*
                Scott R. Dinin
                SCOTT R. DININ P.A.
                4200 NW 7th Avenue
                Miami, Florida 33127
                Telephone: (786) 431-1333
                Facsimile: (786) 513-7700
                Email: inbox@dininlaw.com
                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2015, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Ryan Roman
Ackerman LLP
One Southeast 3rd Avenue 25th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email:  ryan.roman@akerman.com
dorothy.matheis@akerman.com
*Counsel for Defendant*
*Attorneys for Defendant*

                                        *s/ Scott R. Dinin*